# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JOSEPH DEVERN WINTERS, # 25288-001**                                               **PETITIONER**

**VERSUS**                                            **CIVIL ACTION NO. 5:09-cv-150-DCB-MTP**

**BRUCE PEARSON**                                                         **RESPONDENT**

## ORDER

This matter is before the court, <u>sua sponte</u>, to review the application for habeas corpus filed pursuant to 28 U.S.C. § 2241 by petitioner. Having reviewed the petition, it is hereby,

ORDERED AND ADJUDGED:

1. That petitioner paid the filing fee for this action on September 10, 2009, therefore, petitioner's motion to proceed *in forma pauperis* is denied as moot.

2. That the respondent, Bruce Pearson, file an answer in this cause within 20 days of the service of a copy of this order.

3. That the United States District Clerk is hereby directed to issue summons to **Bruce Pearson,** Warden, FCI - Yazoo City, Post Office Box 5666, 2225 Haley Barbour Parkway, Yazoo City, Mississippi 39194.

4. That the United States District Clerk shall serve, *by certified mail*, a copy of the summons, the petition filed herein and a copy of this order upon **Renee Yancey, Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; **Attorney General of the United States**, at 10th Street & Constitution Avenue, Washington, D.C. 20530; and **Bruce Pearson,** FCI - Yazoo City, Post Office Box 5666, 2225 Haley Barbour Parkway, Yazoo City, Mississippi 39194.

5. That the United States District Clerk shall also serve a copy of this order upon

**petitioner** by mailing same to petitioner's last known address.

SO ORDERED, this the   16th    day of October, 2009.


       s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE